IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MISC. ACTION NO. |
| v. ) | 2:16mc3738-MHT |
| ) | (WO) |
| KOCH FOODS, LLC, ) | |
| MONTGOMERY, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| JEREMY BATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion to dismiss garnishment (doc. no. 6) is granted, and the writ of garnishment (doc. no. 2) is vacated.

DONE, this the 3rd day of March, 2016.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**